**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| The Northwestern Mutual Life Insurance Company, | Civil No. 11-35 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Lawrence W. Ulanowski, | |
| Defendant. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: January 10, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge