# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| The Northwestern Mutual Life Insurance Company, | Civil No. 11-35 (RHK/LIB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Lawrence W. Ulanowski, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| Jason Bertram, individually and o/b/o Northwestern Mutual Life Insurance Co., | |
| Third-Party Defendant. | |

___

Pursuant to the parties' Stipulation for Dismissal (Doc. No. 62), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 4, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge